**Noshir GOWADIA, Appellant,**

v.

**UNITED STATES AIR FORCE,
et al., Appellees.**

**No. 14–5154.**

United States Court of Appeals,
District of Columbia Circuit.

Dec. 30, 2014.

Noshir Gowadia, Florence, CO, pro se.

Warden, United States Penitentiary, Florence, CO, for Appellant.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

Before: Rogers, Kavanaugh, and Pillard, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 23, 2014, be affirmed. The district court dismissed appellant's *Bivens* action for failure to state a claim upon which relief may be granted, based on *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Although he argues that *Heck* is unconstitutional and inconsistent with the Framers' intent, we are bound by the Supreme Court's decision in *Heck. See, e.g., Thurston Motor Lines, Inc. v. Jordan K. Rand, Ltd.,* 460 U.S. 533, 535, 103 S.Ct. 1343, 75 L.Ed.2d 260 (1983) (per curiam) ("Needless to say, only this Court may overrule one of its precedents.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.